UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MATTHEW STROTHER, | CASE NO. 1:11-cv-01131-AWI-GBC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| WENDY K. MYERS, et al., | ORDER DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF |
| Defendants. | |
| / | (ECF Number 9, 10, 11) |

### I.   Procedural History

Plaintiff Steven Matthew Strother ("Plaintiff") is a state prisoner and is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 2, 2011, and September 6, 2011, Plaintiff filed two motions for injunctive relief. (ECF Nos. 9 & 10). On October 11, 2011, the Magistrate Judge filed a Findings and Recommendations herein which was served on the Plaintiff which contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. (ECF No. 11). On October 26, 2011, Plaintiff filed objections. (ECF No. 12).

1

II. **Conclusion and Order**

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on October 11, 2011, is adopted in full (Doc. 11); and

2. Plaintiff's motions for injunctive relief, filed September 2, 2011, and September 6, 2011, are DENIED.

IT IS SO ORDERED.

Dated: February 4, 2012

CHIEF UNITED STATES DISTRICT JUDGE